### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA PROITE | : |
| v. | : NO. 22-CV-4575 |
| OTIS WORLDWIDE CORP., et al. | : |

**O R D E R**

AND NOW, this 5th day of December, 2024, upon consideration of Defendants Otis Worldwide Corporation and Otis Elevator Company's Motion for Summary Judgment, docketed herein as ECF Doc. No. 38, and Plaintiff's Response thereto, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

*/s/ Scott W. Reid*

SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE